UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 15 AM 10: 07

| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: **08 MJ 1508** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Angel Ramon BARRAZA-Arballo | ) | Attempted Entry After |
| | ) | Deportation |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about **May 13, 2008**, within the Southern District of California, defendant **Angel Ramon BARRAZA-Arballo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this 15th day of May, 2008.

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**



## **PROBABLE CAUSE STATEMENT**

On May 13 2008 at approximately 9:50 p.m., **Angel Ramon BARRAZA-Arballo (Defendant)** attempted to enter the United States from Mexico at the San Ysidro, California Port of Entry. Defendant attempted entry without inspection as one of eight persons concealed in the cargo area of a white Plymouth Voyager van driven by Marilou LOPEZ-Lopez. After being discovered, the vehicle and its occupants were escorted to secondary for further inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query, confirming Defendant's identity and linking him to FBI and Immigration Service records.

Immigration Service records including the Deportable Alien Control System (DACS) identified Defendant as a citizen of Mexico and a previously removed alien. DACS indicates that on or about February 20, 1998 Defendant was ordered deported from the United States by an Immigration Judge. DACS also reflects Defendant was last removed from the United States to Mexico on or about November 10, 2007. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.